LODGED - EASTERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 13 2009

CENTRAL DISTRICT OF CALIFORNIA
DEPUTY
BY

Priority ——
Send ——
Enter ——
Closed ——
JS-5/JS-6 ——
JS-2/JS-3 ——
Scan Only ——

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUSTIN K. LOMAKO, | Case No. CV 04-4774-CBM  (OP) |
| Petitioner, | J U D G M E N T |
| vs. | |
| A. P. KANE, Warden, | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 6/23/09

HONORABLE CONSUELO B. MARSHALL
Senior United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge